**FILED**

MAY 19 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>JACQUELINE ISARRARAZ (9),<br>Defendant. | Case No. 23-CR-0233 TWR<br><br>**ORDER AND JUDGMNET OF DISMISSAL**<br><br>The Honorable Todd W. Robinson |

Good cause having been shown, the Court grants the United States' motion to dismiss the Indictment as to Defendant Jacqueline Isarraraz without prejudice.

**SO ORDERED.**

Dated: 5/19/23

_____
The Honorable Todd W. Robinson
UNITED STATES DISTRICT JUDGE